No. 75–6261.  TERRY *v.* GUNN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 75–6263.  FLAMM *v.* REAL-BLT., INC., DBA PONDEROSA ACRES.  Sup. Ct. Mont.  Certiorari denied. ▇

No. 75–6267.  TYLER *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 75–6271.  BROWN *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 75–6274.  WASHINGTON *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 75–6277.  OMERNICK *v.* DEPARTMENT OF NATURAL RESOURCES ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 75–6288.  WEBB *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 75–6290.  BAZAKAS *v.* GAYNOR ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 75–6294.  REED *v.* DEL CHEMICAL CORP. ET AL.  Ct. App. Ore.  Certiorari denied.

No. 75–6299.  JACKSON *v.* JACKSON.  Sup. Ct. Mich.  Certiorari denied.

No. 75–6304.  SMITH *v.* WARNE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–6305.  PORZUCZEK, GUARDIAN *v.* TOWNER ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–6308.  MEIJER-OOSTERINK *v.* ESSO STANDARD EASTERN, INC.  C. A. 2d Cir.  Certiorari denied.